BC JXM
FILED
3/7/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Stephen Durr,
Plaintiff,

v.

State of Illinois, et al
Defendants.

Case No. 22-CV-03193
Judge Martha Pacold

## PLAINTIFF MOTION FOR JUDGEMENT

THAT I, The Plaintiff, Moves This Court For Judgement On The Pleadings Under Federal Rules Civil Procedure (FRCP) 54(b), For Reason(s) Stated Forthwith:

1. June 17th, 2022 The Plaintiff Filed A Complaint With The United States District Court - Chicago Asserting Wrongful Imprisonment (Of The Plaintiff) By Defendants, Under The Takings Clause Of 14 USCA
   • See Complaint, Also Amended Complaint, Court File

2. August 2022 - Defendants Filed A Response (In The Form Of A Motion to Dismiss The Plaintiff Complaint, Under FRCP 12(b)(1),(6)) To The Plaintiff Complaint

3. March 6th, 2023 This Court Entered Order For The Plaintiff to Amend Pleading, That Which On

4. March 13th, 2023 The Plaintiff Filed An Amended Pleading With The USDC-Chicago
   - See Court Docket

5. March 29th 2023 - Defendants Filed A Response In Support Of Its Motion to Dismiss The Plaintiff Complaint
   - Court Docket

6. August 26th 2023 - Defendants Filed A Memorandum In Support Of Its Motion To Dismiss
   - Court Docket

7. Over 180 Days Have Elasped Since The Close Of Record, AND

8. WHEREFORE, THAT THE PLAINTIFF Respectfully Moves This Court For Judgement On The Pleadings
   - Under Federal Rules of Civil Procedure (FRCP) Rule 54(b)

Dated: March 7th, 2023

*Stephen Durr*
Stephen Durr
Plaintiff Pro'se
Illinois #99500
435 W. Oakdale Ave.
Unit 2e
Chicago Illinois 60657
773-923-6243
stephendurr1979@gmail.com

# PROOF OF SERVICE

That I, The Plaintiff, Affirm That (1) Copy Of The Plaintiff Motion for Judgement On The Pleadings Have Been Mailed To Defendants Via Hand Delivery, At The Following Address :-

1. Tanya Bouley
Asst. Attorney General
Office Of The Illinois Attorney General
115 South LaSalle Street
27th Floor
Chicago Illinois 60603

Dated : March 7th, 2023

Stephen Durr
Plaintiff Pro se
Illinois #99508